UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05CV382

Anita Yolanda Robinson, and Tarik Jaymar Durham,

    Plaintiffs,

v.

Planet Suzuki, LLC,
    Defendant.

ORDER ADMITTING
ELMER WOODARD TO PRACTICE
*PRO HAC VICE*

Pursuant to Local Rule 83.1(d) and for good cause shown, the motion of Plaintiffs for admission *pro hac vice* of Elmer Woodard of the law firm of Elmer Woodard, Attorney at Law, P.C. of Danville, Virginia is hereby **GRANTED**. If he has not already done so, Mr. Woodard should pay to the Clerk the appropriate fee.

Signed: September 19, 2006

David C. Keesler
United States Magistrate Judge